UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| JACK W. PETERSON, JR., individually and as Trustee; DONALD NELSON, individually and as Trustee; and CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS,  )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>JOHN T. PETRY, Trustee, EDWARD J. HYNDS, JR., Trustee, BRUCE E. SEMLOW, Trustee, and CHRIS BUTLER, Trustee,  )<br>)<br>)<br>)<br>Defendants.  ) | Case No. 06-2072 |

_____

**OPINION**
_____

On July 21, 2006, the Magistrate Judge filed a Report and Recommendation (#24) in the above cause. The Magistrate Judge recommended that Defendants' Motion to Dismiss (#11) be GRANTED in part and DENIED in part.

On August 4, 2006, Defendants filed their Objection to the Report and Recommendation (#25) and a Memorandum in Support (#26). Plaintiffs also filed a Response to the Objection (#27). This court has reviewed the Magistrate Judge's reasoning and the Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss (#11) is GRANTED in part and DENIED in part. Counts I, II, and IV of Plaintiffs' complaint are dismissed with prejudice. The motion is denied as to Count III.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 23rd day of August, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE