# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JACK W PETERSON, JR.**
**individually and as Trustee, et al,**
**Plaintiffs**

vs.                                              Case Number: **06-2072**

**JOHN T PETRY, Trustee, et al,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiffs.  This case is terminated.

ENTER this 10th day of October 2007.

s/ JOHN M. WATER, CLERK
JOHN M. WATERS, CLERK

s/ K. Wynn
BY:  DEPUTY CLERK